FILED

MAY 16 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.    3:23-CR-__40 |
| | Violations: |
| AIYONTAE MICHAEL MOYE, a.k.a. "TAE" and "ROCK" | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 924(a)(2) |
| Defendant. | 18 U.S.C. § 932(b)(2) |
| | 18 U.S.C. § 932(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(False Statement During the Purchase of Firearms)

On or about May 20, 2022, in Mineral County, in the Northern District of West Virginia, defendant, **AIYONTAE MICHAEL MOYE**, commanded, precured, and induced another in connection with the acquisition of a firearm, SCCY Industries, CPX-2, 9mm caliber pistol bearing serial number C202166 and SCCY Industries, CPX-2, 9mm caliber pistol bearing serial number 945575, from a Federal Firearm Licensee (FFL), to knowingly make a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to the person known to the grand jury, in that another represented the purchase of the firearms was for that person when in fact the purchase was for defendant, **AIYONTAE MICHAEL MOYE,** all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT TWO

(Straw Purchase of Firearms)

On or about July 12, 2022, in Mineral County, within the Northern District of West Virginia, defendant, **AIYONTAE MICHAEL MOYE**, commanded, precured, and induced another in connection with the acquisition of a firearm, Tisas model 1911AI Tanker, .45 caliber pistol bearing serial number T0620-22AP00917 and Glock 43X, 9mm pistol bearing serial number BWVD706, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of **AIYONTAE MICHAEL MOYE**, knowing or having reasonable cause to believe that **AIYONTAE MICHAEL MOYE**, intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony, Distribution of Controlled Substance, to wit: Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 18, United States Code, Sections 2, 932(b)(2), and 932(c).

FORFEITURE ALLEGATIONS

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922, 924, and 932 including the following:

1. SCCY Industries, model CPX-2, 9mm Parabellum, serial number C202166
2. SCCY Industries, model CPX-2, 9mm Parabellum, serial number 945575
3. Glock GmbH, model 43X, 9mm Parabellum, serial number BWVD706 (Austria)
4. Tisas Trabzon Gun Industry Corp., model 1911AI Tanker, .45 caliber ACP, serial number T0620-22AP00917 (Turkey)

A True Bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney